UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL OVERSTREET, on behalf of himself and
all others similarly situated,

                              Plaintiff,          12 Civ. 1518 (RER)

        -against-

POGREBINSKY GROUP INC. d/b/a BEAR BAR      STIPULATION AND
AND RESTAURANT, NATASHA POGREBINSKY,   ORDER OF DISMISSAL
and SASHA POGREBINSKY,

                             Defendants.
------------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Michael Overstreet ("Plaintiff") and Defendants Pogrebeinsky Group Inc. d/b/a Bear Bar and Restaurant, Natasha Pogrebinsky, and Sasha Pogrebinsky (collectively, "Defendants") in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court shall retain jurisdiction over the enforcement of the parties' Settlement Agreement.

| BERKE-WEISS & PECHMAN LLP | ANDREW B. SCHULTZ |
|---|---|
| By:_____ | By:_*Andrew B. Schultz*_____ |
| Jessica N. Tischler | Andrew B. Schultz |
| 488 Madison Avenue, 11th Floor | One Rutland Road |
| New York, NY 10022 | Great Neck, NY 11020 |
| Phone: 212-583-9500 | (516) 482-5100 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Dated: March 13, 2013 | Dated: March 14, 2013 |

**SO ORDERED:**

_____
Honorable Ramon E. Reyes